United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1262

_____

Earnest Lee Langston,                          *
                                               *
          Appellant,                           *
                                               *     Appeal from the United States
     v.                                        *     District Court for the
                                               *     Eastern District of Missouri.
Dora Schriro,                                  *
                                               *     [UNPUBLISHED]
          Appellee.                            *

_____

Submitted: July 21, 1997
Filed: July 24, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

     Earnest Lee Langston, a Missouri inmate, appeals from the district court's[1] grant of summary judgment to defendant in this 42 U.S.C. § 1983 action.  Having carefully reviewed the record and the parties' submissions, we conclude that the district court was clearly correct and that an extended discussion is therefore unnecessary. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.